ZPROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs.  ) <br> ) <br> **LORENZO McCRAY** ) <br> ) | **Docket Number:  CR-F-93-05147-004 REC** |

On August 22, 1994, the above-named was sentenced to a term of supervised release for a period of 5 years, which commenced on July 22, 2005.  He has complied with the rules and regulations of supervision.  On January 13, 2009, Assistant United States Attorney William S. Wong submitted written documentation to the United States Probation Office advising that there is no objection to an early termination of supervision in this case.  It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN
United States Probation Officer**

Dated:   January 15, 2009
         Fresno, California
         BB

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                    **HUBERT J. ALVAREZ
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   LORENZO McCRAY**
**Docket Number:   CR-F-93-05147-004 REC**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the offender be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 6, 2009**                             **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE